TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KERRY L. QUINN (Cal. Bar No. 302954)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5423
    Facsimile: (213) 894-6269
    E-mail:    Kerry.L.Quinn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 18-234-SVW |
| Plaintiff, | SUPPLEMENT TO PLEA AGREEMENT FOR DEFENDANT PETER MICHNO |
| v. | |
| PETER MICHNO, | |
| Defendant. | |

1.   This constitutes an agreement between PETER MICHNO ("defendant") and the United States Attorney's Office for the Central District of California (the "USAO") in the above-captioned case. This agreement is limited to the USAO and cannot bind any other federal, state, local, or foreign prosecuting, enforcement, administrative, or regulatory authorities.  This agreement supplements and modifies the written plea agreement between the USAO and defendant entitled, "Plea Agreement for Defendant Peter Michno" executed by defendant and his counsel on December 26, 2018, and filed on December 28, 2018 (the "2018 Plea Agreement").

2.   Defendant and the USAO agreed to the application of certain sentencing guidelines in the 2018 Plea Agreement, which was filed before the sentencing of the defendant in a related case, namely the sentencing of defendant Shirene Hernandez in <u>United States v. Shirene Hernandez</u>, 8:18-CR-0018-AG (the "related case").  In that sentencing, the sentencing court made determinations regarding the sentencing guidelines applicable in the related case.

3.   Given the unique factual circumstances of this case, including the guideline determinations in the related case, defendant and the USAO agree to revise and supersede their previous agreement regarding the applicable sentencing guidelines and hereby agree to the following applicable sentencing guidelines factors:

| Base Offense Level: | 12 | USSG § 2X1.1, USSG § 2C1.1(a)(2) |
|---|---|---|
| Offense involved more than one bribe | +2 | USSG § 2C1.1(b)(1) |
| Bribes exceeded $150,000 | +10 | USSG § 2C1.1(b)(2), USSG § 2B1.1(b)(F) |

Defendant and the USAO reserve the right to argue that additional specific offense characteristics, adjustments, and departures under the Sentencing Guidelines are appropriate.  Defendant understands that there is no agreement as to defendant's criminal history or criminal history category.

4.   Defendant understands that, except as set forth herein and in the 2018 Plea Agreement, there are no promises, understandings, or agreements between the USAO and defendant or defendant's attorney, and that no additional promise, understanding, or agreement may be

entered into unless in a writing signed by all parties or on the record in court.

AGREED AND ACCEPTED

UNITED STATES ATTORNEY'S OFFICE
FOR THE CENTRAL DISTRICT OF
CALIFORNIA

TRACY L. WILKISON
United States Attorney

/s/ Kerry Quinn                                       03/29/2022
KERRY L. QUINN                                        Date
Assistant United States Attorney

/s/ Peter Michno                                      3/29/22
PETER MICHNO                                          Date
Defendant

/s/ Katherine T. Corrigan                             3/29/22
KATHERINE T. CORRIGAN                                 Date
Attorney for Defendant
PETER MICHNO